IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| BIOLINK LIFE SCIENCES, INC. | ) | |
| --- | --- | --- |
| | ) | |
| | ) | **Case No.:** 5:22-cv-00404-FL |
| | ) | |
| v. | ) | **NOTICE OF SPECIAL APPEARANCE** |
| | ) | |
| AVARA PHARMACEUTICAL SERVICES, INC. | ) | |
| | ) | |
| | ) | |

Please take notice that the undersigned Serge Krimnus, Esq. hereby enters a notice of special appearance as counsel for Defendant Avara Pharmaceutical Services, Inc. in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel, Paul J. Puryear, Jr. of the Zaytoun Ballew and Taylor, PLLC law firm.

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

/s/ Serge Krimnus
Serge Krimnus, Esq.
Bochner IP, PLLC
295 Madison Ave, 12th Floor
New York, NY 10017
646.971.0685
serge@bochnerip.com
Attorney for Defendant


/s/ Paul Puryear
Paul J. Puryear, Jr., Of Counsel
Zaytoun Ballew & Taylor, PLLC
3130 Fairhill Drive, Suite 100
Raleigh, NC 27612
Telephone: (919) 832-6690
Facsimile: (919) 831-4793

PJPuryear@zaytounlaw.com
Local Civil Rule 83.1(d) Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 13, 2022, I caused a true and correct copy of this NOTICE OF SPECIAL APPEARANCE to be served via ECF upon all counsel of record.

/s/ *Serge Krimnus*
Serge Krimnus, Esq.