IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:22-CV-00404-FL

| | |
|---|---|
| BIOLINK LIFE SCIENCES, INC., *Plaintiff,*<br>v.<br>AVARA PHARMACEUTICAL SERVICES, INC., *Defendant.* | **Default Judgment**<br><br>**(Fed. R. Civ. P. 55(b))** |

This matter is before the clerk on the motion of plaintiff BioLink Life Sciences, Inc. for default judgment as to defendant Avara Pharmaceutical Services, Inc., which failed to appear and respond to BioLink's amended complaint. The record shows personal jurisdiction over the defendant, the defendant's failure to comply with the court's order to secure counsel, the defendant's failure to plead or otherwise respond to plaintiff's first amended complaint (D.E. 27) within the time allowed, despite service of same, and the clerk's entry of default (D.E. 30). Pursuant to Fed. R. Civ. P. 55(b) and based on the motion and evidence of damages submitted by the plaintiff, it is hereby ORDERED, ADJUDGED, and DECREED that judgment is entered for BioLink Life Sciences, Inc. and against Avara Pharmaceutical Services, Inc. in the amount of $ 568,356.58 plus costs.

This the 27th day of October, 2023.

*/s/ Louise W. Flanagan*
LOUISE W. FLANAGAN
United States District Judge